IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARNOLD C. MUENZENBERGER,

        Plaintiff,                     JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-138-lsa

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security Administration,

        Defendant.

---

    This action came for consideration before the court with District Judge Lynn S. Adelman presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the Social Security Administration denying plaintiff Arnold Muenzenberger's application for social security disability benefits and dismissing this case.


By: *[signature]*, Deputy Clerk                     7-2-2013
Peter Oppeneer, Clerk of Court                       Date